## SCHUNKE v. STATE.
### No. 23765.

Court of Criminal Appeals of Texas.
June 4, 1947.

No appearance for appellant.

A. C. Winborn, Cr. Dist. Atty., and E. T. Branch, Asst. Cr. Dist. Atty., both of Houston, and Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of the theft of $15 worth of spark plugs, and his punishment assessed at two years in the county jail.

No bills of exception or statement of facts are in the record. No objections to any procedural matters appear. The complaint and information properly charge the offense.

The judgment is affirmed.